# UNITED STATES DISTRICT COURT
for the

Craig Cunningham
_____
Plaintiff(s)

v.

Trilegiant et al
_____
Defendant(s)

Civil Action No. 3 14-2181

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Affinion Publishing LLC via Registered Agent Corporation Service Company 2711 Centerville Rd., Ste 400 Wilmington, DE 19808

RECEIVED IN CLERK'S OFFICE
NOV 26 2014
U.S. DISTRICT COURT
MID. DIST. TENN.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Craig Cunningham 5543 Edmondson Pike Ste 248 Nashville, TN 37211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
CLERK OF COURT

Date: NOV -7 2014

_____
Signature of Clerk or Deputy Clerk

RETURN COPY

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Affinion**
was received by me on *(date)* **11/18**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* **USPS certified mail w/Return Reciept # 7014 0510 0000 7626 8766**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **11/24**

*Server's signature*

**MARICEL PORTEZA**
*Printed name and title*

**5543 Edmondson Pike Ste 248 Nashville 37211**
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Maricel Forteza
5543 Edmondson Pk.
Ste. 248
Nashville, TN 37211

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Affinion Publishing LLC
Corp. Service Company
2711 Centerville Rd
Ste. 400
Wilmington, DE 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7014 0510 0000 7626 8766

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540