ORDER:
Motion DENIED as moot in view of Document Nos. 26 and 36.

E. Clifton Knowles

U.S. Magistrate Judge

US District Court for the Middle District of Tennessee

RECEIVED IN CLERK'S OFFICE
DEC 29 2014
U.S. DISTRICT COURT
MID. DIST. TENN.

)
) Craig Cunningham
) Plaintiff, pro se
)
) v.
)
)
) CIVIL ACTION NO. 3:14-cv-02181
)
) Trilegiant, et al
) Defendants.

**<u>Plaintiff's Motion Default judgment subject to the Clerk's entry of default and request for hearing to determine damages.</u>**

1. To the Honorable US District Court:

2. The Plaintiff hereby moves for the clerk to enter default against entities all remaining entities and defendants <u>other than</u> Trilegiant Insurance, Affinion publishing, and Trilegiant corporation, which have requested an extension of time to answer. The Plaintiff seeks an entry of default against Douglas Freedman, Safe Data Trust, Inc., Exclusive Incentive Marketing, Inc., Jason Stavitsky, and Verde Energy USA. The remaining defendants have been properly served with a copy of this lawsuit and more than 30 days have elapsed without the defendants filing a responsive documents or defending the case. The Plaintiff will seek entry of default against the individual defendants in a separate motion.

3. The Defendants have been properly served, and more than 21 days have elapsed since with no responsive pleading or attempt to defend the lawsuit having been filed by the Defendants.

4. As such, the clerk may find the Defedats in default as the Plaintiff has motioned the court for this, and if so, the Plaintiff hereby requests the court enter a judgment of