# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:14-2181 |
| ) | Judge Sharp |
| ) | |
| TRILEGIANT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## DEFAULT JUDGMENT AND ORDER

The Magistrate Judge has entered a Report and Recommendation (Docket No. 44) recommending that a default judgment be entered against the defaulted Defendants in the amount of $3,000.00. That figure is based upon the Magistrate Judge's assessment of Plaintiff's credibility at an evidentiary hearing in which Plaintiff requested that amount for Defendants' willful and knowing violations of 47 U.S.C. §§ 227(b) and (c). No objections have been filed to the R & R.

Having undertaken *de novo* review of the record in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly,

(1) The Report and Recommendation (Docket No. 44) is hereby ACCEPTED and APPROVED;

(2) A DEFAULT JUDGMENT is hereby ENTERED in favor of Plaintiff and against Defendants Safe Data Trust, Inc., Exclusive Incentive Marketing, Inc., Douglas Freedman, and Jason Stavitsky, jointly and severally, in the amount of $3,000.00.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE