UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM ) | |
| ) | |
| v. ) | Civil Action No. 3:14-2181 |
| ) | Judge Sharp/Knowles |
| TRILEGIANT CORPORATION, et al. ) | |

## O R D E R

This is a pro se action raising claims pursuant to the Telephone Consumer Protection Act. Plaintiff's Complaint was filed November 7, 2014 (Docket No. 1), and summonses were issued for the Defendant on that date. It does not appear the summons and complaint were properly served on Defendants Larry Rolen and Alan Field.

Rule 4(m) of the Federal Rules of Civil Procedure provides in pertinent part as follows:

*Time Limit for Service. If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.*

Within twenty (20) days of the date of entry of this Order, therefore, Plaintiff shall file a written statement showing good cause for his failure to properly serve Defendants within 120 days after the filing of the Complaint. If Plaintiff fails to comply with the provisions of this Order, the undersigned will recommend that this action be dismissed without prejudice.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge