UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 3:14-2181 |
| | )  Judge Sharp |
| | ) |
| TRILEGIANT CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After Plaintiff failed to comply with a March 16, 2016 Order of the Magistrate Judge requiring him to file a written explanation showing cause for his failure to serve Defendants Larry Rolen and Alan Field within the 120 day period required by Rule 4(m), the Magistrate Judge entered a Report and Recommendation ("R & R") recommending that this action be dismissed without prejudice. Having (1) considered the record; (2) Plaintiff's failure to respond as ordered; (3) the fact that Plaintiff was warned that dismissal would be recommended if he did not respond; and (4) Plaintiff's failure to object to the R & R, the Court agrees with the recommended disposition.

Accordingly, the R & R (Docket No. 50) is hereby ACCEPTED and APPROVED and this action is hereby DISMISSED WITHOUT PREJUDICE.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE