UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **CRAIG CUNNINGHAM,** ) | |
| ) | |
| v. ) | NO. 3:14-2181 |
| ) | JUDGE SHARP |
| **TRILEGIANT CORPORATION, et al.,** ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure as to the Order entered 5/6/2016 at DE 56.

      KEITH THROCKMORTON, CLERK
      s/Elaine J. Hawkins, Deputy Clerk