Craig Cunningham
5543 Edmondson Pike Suite 248
Nashville, TN 37211
(615) 348-1977
projectpalehorse@hushmail.com

Plaintiff

RECEIVED
IN CLERK'S OFFICE
MAY -3 2018
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF TENNESSEEE

## NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM<br><br>　　　　　　Plaintiff<br>v.<br>TRILEGIANT CORPORATION, et. al.,<br>　　　　　　Defendants | No. ~~3:17-cv-13050~~ 3:14-02181<br><br>ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT |

COMES NOW CRAIG CUNNINGHAM, Plaintiff in this matter, and hereby provides the following in support of an ASSIGNMENT OF JUDGMENT:

1) THAT the original judgment was entered on November 1, 2017.

2) THAT Plaintiff was awarded the sum of $3,000 against defendants SAFE DATA TRUST, INC., EXCLUSIVE INCENTIVE MARKETING, INC., DOUGLAS FREEDMAN, and JASON STAVITSKY, jointly and severally.

3) THAT there have been no renewals since the entry of said judgment by this Court and that Plaintiff has received $0.00 of judgment from judgment debtor(s).

4) CRAIG CUNNINGHAM is the judgment creditor of record.

5) THAT I, CRAIG CUNNINGHAM, judgment creditor, hereby transfer and assign all title, rights, and interest, without recourse, in the judgment to the following person:

JAMES E. SHELTON
316 Covered Bridge Road
King of Prussia, PA 19406

6) THAT I hereby irrevocably assign to and authorize Assignee, JAMES E. SHELTON, to recover, compromise, settle and enforce said judgment at his discretion.

Signed this 5th day of April, 2018

CRAIG CUNNINGHAM

Judgment Creditor

Sworn and Subscribed before me this 5th day of April, 2018

*Maricel Forteza*
Notary Signature

_____
Notary Seal



STATE OF TENNESSEE NOTARY PUBLIC
MARICEL FORTEZA
COUNTY OF DAVIDSON
Comm. Expires July 2, 2018

earthsmart
FedEx carbon-neutral envelope shipping

Part # 156295252874xxxxxxxSXP 10/18

ORIGIN ID:BKLA (484) 626-3942
JAMES SHELTON
316 COVERED BRIDGE ROAD
KING OF PRUSSIA, PA 19406
UNITED STATES US

SHIP DATE: 30APR18
ACTWGT: 0.10 LB
CAD: 6996377/SSF01904

BILL CREDIT CARD

TO **U.S DISTRICT COURT**
**801 BROADWAY ROOM 800**

**NASHVILLE TN 37203**
(000) 000-0000
DEPT:
REF:
INV2:
PO:

FedEx Express

THU - 03 MAY 4:30P
EXPRESS SAVER

37203
TN-US BNA

TRK# 7807 3421 7531
0201

**SH RNCA**

RECEIVED
IN CLERK'S OFFICE
MAY - 3 2018
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

RT 323  6   A
FZ B30 16:30 7531
           05.03
7531
05.02

Express
FedEx